UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carmen McGee,<br><br>    Plaintiff,<br><br>v.<br><br>The Regents of the University of California,<br><br>    Defendants. | JS-6<br><br>Case No. 2:20-cv-10697-VAP-KSx<br><br>**Judgment** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order awarding Summary Judgment in favor of Defendants The Regents of the University of California, Nidal Alammari, and Vigen Esmailian, IT IS ORDERED AND ADJUDGED that the action, *Carmen McGee v. The Regents of the University of California*, *et al,* Case No. 2:20-cv-10697-VAP-KSx, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   8/18/22

                                                Virginia A. Phillips
                                           United States District Judge